Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                          Case No.:  18–20928–ABA  
                          Chapter:  7  
                          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Ellen D. McMillian  
   320 Branch Avenue  
   Apt. 23I  
   Pine Hill, NJ 08021

Social Security No.:  
   xxx–xx–6555

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 24, 2018</u>                    <u>Andrew B. Altenburg Jr.</u>  
                                                    Judge, United States Bankruptcy Court